IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAVNEET SINGH,

    Petitioner,

    v.                                No. 2:26-cv-00507-SMD-JFR

MARKWAYNE MULLIN, *et al.*,

    Respondents.

## ORDER VACATING GRANT OF HABEAS PETITION

On April 17, 2026, the Court granted Petitioner's motion for a writ of habeas corpus (Doc. 1) and ordered his release. *See* Doc. 7. Three days later, the government respondents filed a status report and asked the Court to vacate the order granting Petitioner's habeas request. Doc. 8.  The government informed the Court that Petitioner had in fact already been released on February 22, 2026.  *Id.* at 1.  However, the government neglected to notify the Court of Petitioner's release and proceeded to file a response to his petition.

Finding that Petitioner's removal from the government's custody moots the Court's prior order, the Court hereby **VACATES** its order granting Petitioner's release.

**IT IS SO ORDERED.**

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**